**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

    vs.                                            **CASE NO. 8:04-cr-538-T-24TGW**

**MALCOME APARICIO**

**ORDER**

This matter is before the Court on Defendant's Petition for Writ of Habeas Corpus (doc. 11) and Motion to Dismiss (doc.12). The Government has not filed a response to either of the motions.

The Defendant was indicted on November 4, 2004 in a two count indictment charging him with conspiracy to possess with the intent to distribute 1000 kilograms or more of marihuana and possession with intent to distribute fifty kilograms or more of marihuana. An arrest warrant was issued on the same date. An arraignment was scheduled for July 14, 2005; however the Court was telephonically notified that the state court refused to release the defendant due to a pending case.

Having considered all of the above, the Court has determined that the Defendant's Motion to Dismiss (doc. 12) and Petition for Writ of Habeas Corpus (doc. 11) should be DENIED.

Done and ordered in Tampa, Florida this 13th day of October, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies: Malcome Aparicio, pro se
Kathy Peluso, AUSA